**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas J. Redmond, et al., | No. CIV 05-2727-PCT-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Frank D. Shilosky, et al., | |
| Defendants. | |

Pending before the Court is the Plaintiffs' Motion to Exceed Page Limitations. [Dkt. 49]  Good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion to Exceed Page Limitations [Dkt. 49] is **GRANTED**.

DATED this 29th day of March, 2007.

Stephen M. McNamee
United States District Judge