**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Thomas J. Redmond, et al., | ) | No. CIV 05-2727-PCT-SMM |
|---|---|---|
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| Frank D. Shilosky, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation for Extension of Time (Dkt. 53). Good cause appearing,

**IT IS ORDERED** that  parties' Stipulation for Extension of Time (Dkt. 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall have through April 24, 2007, to file a reply to Plaintiffs' Response to Defendants' Motion for Summary Judgement Re: Liability (Dkt. 40) and a response to Plaintiffs' Motion to Strike Defendants' Statement of Facts in Support of Their Motion for Summary Judgment (Dkt. 47).

DATED this 2nd day of April, 2007.

Stephen M. McNamee
United States District Judge