**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas J. Redmond, et al., ) | No. CIV 05-2727-PCT-SMM |
| )  Plaintiffs, ) | **ORDER** |
| ) v. ) | |
| ) Frank D. Shilosky, et al., ) | |
| )  Defendants. ) | |

    Pending before the Court is the parties' Stipulation for Extension of Time (Dkt. 63). Good cause appearing,

    **IT IS ORDERED** that parties' Stipulation for Extension of Time (Dkt. 63) is **GRANTED**.

    **IT IS FURTHER ORDERED** that Plaintiffs shall have through May 16, 2007, to respond to the pleadings filed by Defendants on April 24, 2007 (Dkts. 56-61).

    DATED this 30th day of April, 2007.

Stephen M. McNamee
United States District Judge