**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas J. Redmond, et al., ) | No. CIV 05-2727-PCT-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| Frank D. Shilosky, et al., ) | |
| Defendants. ) | |

Pending before the Court is the parties' Stipulation to Extend Discovery Cutoff (Dkt. 46). Good cause appearing,

**IT IS ORDERED** that parties' Stipulation to Extend Discovery Cutoff (Dkt. 46) is **GRANTED**.

**IT IS FURTHER ORDERED** that the June 1, 2007, discovery deadline is **VACATED**. The Court shall reset the discovery deadline upon ruling on the pending Motion for Summary Judgment Re: Liability (Dkt. 40).

//

//

//

//

1  **IT IS FURTHER ORDERED** that all provisions of the Court's April 5, 2006, Rule 16 Scheduling Order (Dkt. 17), with the exception of the discovery deadline changed above, remain in full force and effect.

DATED this 7th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge