**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas J. Redmond, et al., ) | No. CIV 05-2727-PCT-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| Frank D. Shilosky, et al., ) | |
| Defendants. ) | |

Pending before the Court are Plaintiffs' Motion for Leave to File a Supplemental Response to Defendants' Motion for Summary Judgment (Dkt. 70) and Defendants' Motion for Extension of Time For Defendants' Response to Plaintiffs' May 16, 2007 Filings (Dkt. 76). Good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File a Supplemental Response to Defendants' Motion for Summary Judgment (Dkt. 70) is **GRANTED.**

**IT IS FURTHER ORDERED** directing the Clerk of Court to file the lodged Proposed Supplemental Response to Defendants' Motion for Summary Judgment Re: Liability. (Dkt. 71)

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time For Defendants' Response to Plaintiffs' May 16, 2007 Filings (Dkt. 76) is **GRANTED**.

//

//

1 **IT IS FURTHER ORDERED** that Defendants shall have through June 16, 2007, to
2 file a response to Plaintiffs' May 16, 2007, filings.
3    DATED this 5th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge