**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Thomas J. Redmond, et al., | ) | No. CIV 05-2727-PCT-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Frank D. Shilosky, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Given the pending Motion for Summary Judgment filed by Defendants Lake Havasu City and Frank Daniel Shilosky, Fire Marshall of Lake Havasu City Fire Department, the Court will continue the Final Pretrial Conference currently scheduled for August 8, 2007. Accordingly,

**IT IS HEREBY ORDERED** that the Final Pretrial Conference in this case, currently scheduled for **August 8, 2007**, is **VACATED**.

**IT IS FURTHER ORDERED** that the Court will, if necessary, reschedule the Final Pretrial Conference and the deadlines for filing pretrial materials upon resolving the pending motion for summary judgment.

DATED this 3rd day of July, 2007.

Stephen M. McNamee
United States District Judge