**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Joseph Redmond and Linda Jean Redmond,<br><br>    Plaintiffs,<br><br>v.<br><br>Frank Daniel "Chip" Shilosky, et al.,<br><br>    Defendants. | No. CV-05-2727-PHX-SMM<br><br>**ORDER** |

Having considered Defendants' Motion for Leave to File Excess Pages (Dkt. 85) with respect to Defendants' motion for summary judgment, and good cause appearing,

**IT IS HEREBY ORDERED** permitting Defendants to file a motion for summary judgment exceeding the page limitation by three (3) pages, for a total of twenty (20) pages.

DATED this 15th day of October, 2007.

Stephen M. McNamee
United States District Judge