**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS JOSEPH REDMOND and LINDA JEAN REDMOND, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>FRANK DANIEL "CHIP" SHILOSKY, a married man, fire marshall of Lake Havasu City Fire Department, LAKE HAVASU CITY, a body politic,<br><br>    Defendants. | NO.   CV05-2727-PHX-SMM<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY BRIEFS** |

Pursuant to the parties' stipulation (Dkt. 95), and good cause appearing therefor,

**IT IS HEREBY ORDERED** granting Defendants until **December 10, 2007** to file their replies in support of their motions for summary judgment (Dkts. 87, 90).

DATED this 20th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge