**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Joseph Redmond and Linda Jean Redmond,<br><br>   Plaintiffs,<br><br>v.<br><br>Frank Daniel "Chip" Shilosky, et al.,<br><br>   Defendants. | No. CV-05-2727-PHX-SMM<br><br>**ORDER** |

Having considered Plaintiffs' Motion for Leave to File Excess Pages (Dkt. 92) with respect to Defendants' motion for summary judgment, and good cause appearing,

**IT IS HEREBY ORDERED** permitting Defendants to file a response to Defendant's motion for summary judgment exceeding the page limitation by six (6) pages, for a total of twenty-three (23) pages.  The lodged Response (Dkt. 93) is accepted and shall be filed.

DATED this 26th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge